IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | No. MDL 05-01699 CRB  **ORDER** |

*This document relates to:*

06-3207, Jamal Ali Bilal
_____/

    Now pending before the Court is the motion for plaintiff Jamal Ali Bilal for a 120 day continuation period to comply with Pretrial Orders No. 6 and No. 13. As plaintiff is proceeding pro se, his motion is GRANTED.

    Plaintiff shall provide defendant with a Plaintiff Fact Sheet in accordance with Pretrial Order No. 6 and medical authorizations in accordance with Pretrial Order No. 13 within 120 days of this Order. Plaintiff's Liaison Counsel is directed to contact plaintiff and inform him of the status of MDL 1699, to provide him with the proper forms for compliance with Pretrial Order No. 13, and assist him in obtaining counsel and completing and serving the proper forms. A copy of Pretrial Order No. 6 with attachments is included with this Order.

    **IT IS SO ORDERED.**

Dated: December 13, 2006

                                                      CHARLES R. BREYER
                                                      UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\ordersmisc\order1AliBilal.wpd