IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | No. MDL 05-01699 CRB<br><br>**ORDER** |

*This document relates to:*

06-3207, Jamal Ali Bilal
_____/

    The Court is in receipt of a copy of a letter from plaintiff Jamal Ali Bilal to defendants' counsel. In the letter plaintiff refers to appointment of counsel and a guardian ad litem. Plaintiff is advised that if he wishes to make a motion, he must do so in a separate pleading supported by admissible evidence and filed with the Court.

    **IT IS SO ORDERED.**

Dated: May 28, 2009

                                                      CHARLES R. BREYER
                                                      UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\ordersmisc\orderrebilal2.wpd